| | |
|---|---|
| 1 | Susan J. Olson, SBN 152467<br>E-mail: susan.olson@bullivant.com |
| 2 | Peter Roldan, SBN 227067<br>E-mail: peter.roldan@bullivant.com |
| 3 | BULLIVANT HOUSER BAILEY PC<br>601 California Street, Suite 1800 |
| 4 | San Francisco, California 94108<br>Telephone: 415.352.2700 |
| 5 | Facsimile: 415.352.2701 |
| 6 | Attorneys for Plaintiff Board Of Trustees of<br>the Laborers Training and Retraining Trust |
| 7 | Fund for Northern California |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BOARD OF TRUSTEES, LABORERS' TRAINING AND RETRAINING FUND FOR NORTHERN CALIFORNIA,

  Plaintiff,

vs.

LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 261; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; and DOES 1 TO 20,

  Defendants.

Case No.: CV 07 6436 SC

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)

Pursuant to Civil L.R. 3-16, the undersigned certifies as of this date, other than the named parties, there is no such interest to report.

DATED: December 21, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
Peter Roldan

Attorneys for Plaintiff Board Of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

6090994.1

— 1 —

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)

Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
Peter Roldan, SBN 227067
E-mail: peter.roldan@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Board Of Trustees of
the Laborers Training and Retraining Trust
Fund for Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, LABORERS' TRAINING AND RETRAINING FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 261; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; and DOES 1 TO 20,<br><br>Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)** |

Pursuant to Civil L.R. 3-16, the undersigned certifies as of this date, other than the named parties, there is no such interest to report.

DATED: December 21, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
Peter Roldan

Attorneys for Plaintiff Board Of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

6090994.1

– 1 –

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16)

Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
Peter Roldan, SBN 227067
E-mail: peter.roldan@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Board Of Trustees of
the Laborers Training and Retraining Trust
Fund for Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES, LABORERS' TRAINING AND RETRAINING FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 261; CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS; and DOES 1 TO 20,<br><br>Defendants. | Case No.: CV 07 6436 SC<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS (CIVIL L.R. 3-16) |

   Pursuant to Civil L.R. 3-16, the undersigned certifies as of this date, other than the named parties, there is no such interest to report.

DATED: December 21, 2007

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
Peter Roldan

Attorneys for Plaintiff Board Of Trustees of the
Laborers Training and Retraining Trust Fund for
Northern California