AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

BOARD OF TRUSTEES LABORERS' TRAINING
AND RETRAINING FUND FOR NORTHERN
CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

V.

LABORERS' INTERNATIONAL UNION OF NORTH
AMERICA LOCAL UNION NO. 261; CITY AND
COUNTY OF SAN FRANCISCO DEPARTMENT OF
PUBLIC WORKS; and DOES 1 TO 20

CASE NUMBER: CV 07 6436 SC

TO: (Name and address of Defendant)
Laborers' International Union of North America Local Union No. 261
c/o Oscar de la Torre
3271-18th Street
San Francisco, CA 94110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan J. Olson / Peter Roldan
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

DEC 21 2007

CLERK                                                        DATE

(By) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.FormsWorkflow.com

☐AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    *Signature of Server*

                                      _____
                                      *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com