AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of CALIFORNIA

BOARD OF TRUSTEES LABORERS' TRAINING
AND RETRAINING FUND FOR NORTHERN
CALIFORNIA

**SUMMONS IN A CIVIL ACTION**

V.

LABORERS' INTERNATIONAL UNION OF NORTH
AMERICA LOCAL UNION NO. 261; CITY AND
COUNTY OF SAN FRANCISCO DEPARTMENT OF
PUBLIC WORKS; and DOES 1 TO 20

CASE NUMBER:

CV 07 6436 SC

TO: (Name and address of Defendant)
Laborers' International Union of North America Local Union No. 261
c/o Oscar de la Torre
3271-18th Street
San Francisco, CA 94110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Susan J. Olson / Peter Roldan
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK         DATE   DEC 2 1 2007

(By) DEPUTY CLERK

MARY ANN BUCKLEY

American LegalNet, Inc.
www.FormsWorkflow.com

Susan J. Olsen, SBN 152467
Peter Roldan, SBN 227067
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite # 1800
San Francisco, CA 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Board of Trustees of
The Laborers Training and Retraining Trust
Fund for Northern California

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Case #: CV 07 6436 SC

Plaintiff: **BOARD OF TRUSTEESS, LABORER'S TRAINING AND RETRAINING FUND FOR NORTHERN CALIFORNIA**

Defendant: **LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 261; CITY AND COUNTY OF SANFRANCISCO DEPARTMENT OF PUBLIC WORKS; AND DOES 1 TO 20**

### PROOF OF SERVICE

At the time of service I was at least eighteen years of age and not a party to this action. I served copies of the:
1. SUMMONS
2. COMPLAINT FOR DAMAGES FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT, TO RECOVER UNPAID TRUST FUND CONTRIBUTIONS AND FOR BREACH OF FIDUCIARY DUTY
3. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

in the within action by personally delivering true copies thereof to the person named below, as follows:

| | |
|---|---|
| Party Served: | Laborers International Union of North America Local Union No. 261 3271 18th Street San Francisco, CA 94110 |
| By Serving: | David De La Torre / Agent of Service 3271 18th Street San Francisco, CA 94110 |
| Date of Service: | December 21, 2007 |
| Time of Service: | 1:4pm PST |

Person who served papers:  
Christine Dumke  
**Quake Courier & Attorney Service**  
1186 Folsom St. #6  
San Francisco, CA 94103  
415-725-7051 / 415-725-7053  

Fee for Service: $60.00  
Registered California process server. (x)  
Owner ( )   Independent Contractor ( )  
(2) Registration no: 1039  
(3) County: San Francisco  

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:       December 26, 2007                Signature: _____