KENNETH C. ABSALOM, ESQ., SBN 114607
Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, California 94111
Telephone: (415) 392-5040
Facsimile: (415) 392-3729

Attorneys for Defendants
LABORERS INTERNATIONAL UNION
OF NORTH AMERICA, LOCAL 261; and CITY
AND COUNTY OF SAN FRANCISCO
DEPARTMENT OF PUBLIC WORKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> vs. <br><br> LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 261; and CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS, <br><br> Defendants. | CASE NO.: CV 07-06436 SC <br><br> STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANTS' RESPONSIVE PLEADING |

Pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6-1(a), Plaintiff and Defendants, through their counsel, stipulate that the time for Defendants to file a responsive pleading be extended to February 8, 2008, for the following reasons:

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING–CASE NO. CV07-06436 SC

1. The Complaint by the Plaintiffs was filed on December 21, 2007.

2. Defendants only recently retained counsel in this action and Defendants' Counsel has not yet obtained an opportunity to fully review the case in order to respond to the Complaint.

3. No previous requests for extensions of time have been sought in this matter.

4. Both parties have stipulated to an extension of 30 days for Defendant to file a responsive pleading in this matter.

The parties submit that their request for an extension of time to file the responsive pleading by the Defendants will ensure that the response to the Complaint will be meaningful and promote the efficient use of the Court's resources. The parties further stipulate that an extension of time be granted until February 8, 2008 for Defendants' Counsel to file the responsive pleading.

IT IS SO STIPULATED.

Dated: January 9, 2008        LAW OFFICES OF NEVIN AND ABSALOM

_____
Kenneth C. Absalom
Attorneys for Defendants, Laborers'
International Union of North America, Local
261; and City and County of San Francisco
Department of Public Works.

Dated: January 9, 2008        BULLIVANT HOUSER BAILEY PC

_____
Susan J. Olson    Peter Roldan
Attorneys for Plaintiff, Board of Trustees of
the Laborers Training and Retraining Trust
Fund for Northern California


UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti

STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING–CASE NO. CV07-06436 SC

- 2 -