DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3809
Facsimile:    (415) 554-4248

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES LABORERS' TRAINING AND RETRAINING FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO 261, ET AL.,<br><br>Defendants. | Case No. C 07-6436 SC<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH CITY AND COUNTY OF SAN FRANCISCO MAY REPSOND TO THE COMPLAINT (N.D. CA. LOCAL RULE 6-1(A))** |

Pursuant to Civil Local Rule 6-1(a) of the United States District Court for the Northern District of California, the parties stipulate to extend the time within which defendant City and County of San Francisco (of which the Department of Public Works is a constituent part), may respond to the Complaint in the above-entitled action to February 15, 2008.

//
//
//
//
//

1  This extension does not alter the date of any event or any deadline already fixed by Court
2  order in this case.

3

4  Dated: January 16, 2008

5  DENNIS J. HERRERA
   City Attorney
6  ELIZABETH SALVESON
   Chief Labor Attorney
7
8  By: /s/ Elizabeth S. Silver
   ELIZABETH S. SALVESON
9  Attorneys for Defendant City and County of San Francisco

10

11  Dated: January 23, 2008    BULLIVANT HOUSER BAILEY PC

12

13  By: /s/ Peter Roldan
14  PETER ROLDAN
    Attorney for Plaintiff BOARD OF TRUSTEES
15  LABORERS' TRAINING AND RETRAINING
    FUND FOR NORTHERN CALIFORNIA

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. TO EXTEND TIME OF CITY TO RESP.    2
CASE NO. C 07 6436 SC