UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,
LABORERS' TRAINING AND
RETRAINING FUND FOR
NORTHERN CALIFORNIA,
           Plaintiff(s),

v.

LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA
LOCAL UNION NO. 261; and CITY
AND COUNTY OF SAN
FRANCISCO DEPARTMENT OF
PUBLIC WORKS,
           Defendant(s).

Case No. CV 07-06436 SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: March 14, 2008

*[signature: Edward Smith]*
[Party]
Ed Smith, Board of Trustees,
Laborers' Training and
Retraining Fund for Northern
California

Dated: March 14, 2008

*[signature: Susan Olson]*
[Counsel]
Susan J. Olson, Bullivant
Houser Bailey PC

American LegalNet, Inc.
www.USCourtForms.com

Rev. 12/05