UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,
LABORERS' TRAINING AND
RETRAINING FUND FOR
NORTHERN CALIFORNIA,
      Plaintiff(s),

CASE NO. CV 07-06436 SC

v.

LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA
LOCAL UNION NO. 261; and
CITY AND COUNTY OF SAN
FRANCISCO DEPARTMENT OF
PUBLIC WORKS,
      Defendant(s).
_____/

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
- ☒ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

American LegalNet, Inc.
www.USCourtForms.com

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: March 14, 2008                                /s/
                                                             Attorney for Plaintiff
                                                             Susan Olson
                                                             Board of Trustees, Laborers'
                                                            Training and Retraining Fund for
                                                            Northern California

Dated: March 14, 2008

                                                            Attorney for Defendant
                                                            Kenneth C. Absalom
                                                            Laborers' International Union of
                                                            North America, Local 261

Dated: March 14, 2008

                                                            Attorney for Defendant
                                                            Elizabeth S. Salveson
                                                            City and County of San Francisco

American LegalNet, Inc.
www.USCourtForms.com

The parties agree to hold the ADR session by:

☒     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐     other requested deadline _____

Dated: March 14, 2008

                         Attorney for Plaintiff
                         Susan Olson
                         Board of Trustees, Laborers'
                         Training and Retraining Fund for
                         Northern California

Dated: March 14, 2008                 /S/ Kenneth C. Absalom
                         Attorney for Defendant
                         Kenneth C. Absalom
                         Laborers' International Union of
                         North America, Local 261

Dated: March 14, 2008

                         Attorney for Defendant
                         Elizabeth S. Salveson
                         City and County of San Francisco

American LegalNet, Inc.
www.USCourtForms.com

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: March 14, 2008

_____
Attorney for Plaintiff
Susan Olson
Board of Trustees, Laborers'
Training and Retraining Fund for
Northern California

Dated: March 14, 2008

_____
Attorney for Defendant
Kenneth C. Absalom
Laborers' International Union of
North America, Local 261

Dated: March 14, 2008

*[signature: Elizabeth S. Salveson]*
Attorney for Defendant
Elizabeth S. Salveson
City and County of San Francisco

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated:_____              _____
                                     UNITED STATES DISTRICT JUDGE
                                     SAMUEL CONTI

American LegalNet, Inc.
www.USCourtForms.com