UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,
LABORERS' TRAINING AND
RETRAINING FUND FOR
NORTHERN CALIFORNIA,                           CASE NO. CV 07-06436 SC
                Plaintiff(s),

           v.                              STIPULATION AND [PROPOSED]
LABORERS' INTERNATIONAL                        ORDER SELECTING ADR PROCESS
UNION OF NORTH AMERICA
LOCAL UNION NO. 261; and
CITY AND COUNTY OF SAN
FRANCISCO DEPARTMENT OF
PUBLIC WORKS,
                Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    ☐    Non-binding Arbitration (ADR L.R. 4)
    ☐    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    ☒    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

    ☐    Private ADR *(please identify process and provider)* _____

_____

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

American LegalNet, Inc.
www.USCourtForms.com

The parties agree to hold the ADR session by:

    ☒     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐     other requested deadline _____

Dated: March 14, 2008 _____                  /s/ _____
                                           Attorney for Plaintiff
                                           Susan Olson
                                           Board of Trustees, Laborers'
                                           Training and Retraining Fund for
                                           Northern California

Dated: March 14, 2008 _____

                                           _____
                                           Attorney for Defendant
                                           Kenneth C. Absalom
                                           Laborers' International Union of
                                           North America, Local 261

Dated: March 14, 2008 _____

                                           _____
                                           Attorney for Defendant
                                           Elizabeth S. Salveson
                                           City and County of San Francisco

_____

American LegalNet, Inc.
www.USCourtForms.com

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐ other requested deadline _____

Dated: March 14, 2008 _____

_____
Attorney for Plaintiff
Susan Olson
Board of Trustees, Laborers'
Training and Retraining Fund for
Northern California

Dated: March 14, 2008 _____

*/s/ Kenneth C. Absalom*
Attorney for Defendant
Kenneth C. Absalom
Laborers' International Union of
North America, Local 261

Dated: March 14, 2008 _____

_____
Attorney for Defendant
Elizabeth S. Salveson
City and County of San Francisco

American LegalNet, Inc.
www.USCourtForms.com

The parties agree to hold the ADR session by:

    ☒    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ☐    other requested deadline _____

Dated: March 14, 2008 _____

 

                             _____

                             Attorney for Plaintiff
                             Susan Olson
                             Board of Trustees, Laborers'
                             Training and Retraining Fund for
                             Northern California

Dated: March 14, 2008 _____

 

                             _____

                             Attorney for Defendant
                             Kenneth C. Absalom
                             Laborers' International Union of
                             North America, Local 261

Dated: March 14, 2008 _____

                             *Elizabeth J. Salveson* (signature)

                             Attorney for Defendant
                             Elizabeth S. Salveson
                             City and County of San Francisco

_____

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐   Non-binding Arbitration
☐   Early Neutral Evaluation (ENE)
☒   Mediation
☐   Private ADR

Deadline for ADR session
☒   90 days from the date of this order.
☐   other _____

IT IS SO ORDERED.

Dated: _____3/17/08_____

IT IS SO ORDERED

Judge Samuel Conti

_____ JUDGE
SAM