Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
Peter Roldan, SBN 227067
E-mail: peter.roldan@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Board Of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 261; and CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS,<br><br>Defendants. | Case No.: CV 07 6436 SC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: April 4, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1, 17th Floor |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, and Defendants Laborers' International Union of North America Local Union No. 261 and the City and County of San Francisco Department of Public Works stipulate to and respectfully request that the court continue the Case Management Conference in this matter currently set for April 4, 2008 at 10:00 a.m. to May 1, 2008.

///

///

1     The parties are close to reaching a settlement agreement in this case. The parties believe
2 that a settlement can be reached by May 1, 2008.
3     IT IS SO STIPULATED:
4 DATED: March 27, 2008

BULLIVANT HOUSER BAILEY PC

By    /s/
Susan J. Olson
Peter Roldan
Attorneys for Plaintiff Board Of Trustees,
Laborers' Training and Retraining Trust Fund for
Northern California

11 DATED: March 27, 2008

LAW OFFICES OF NEVIN & ABSALOM

By _____
Kenneth C. Absalom
Attorneys for Defendant Laborers' International
Union of North America Local Union No. 261

17 DATED: March 27, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney

By _____
Elizabeth S. Salveson
Attorneys for Defendant City and County of San
Francisco

—2—

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE -- CV 07 6436 SC

1   The parties are close to reaching a settlement agreement in this case. The parties believe
2   that a settlement can be reached by May 1, 2008.
3   IT IS SO STIPULATED:
4   DATED: March 27, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
Peter Roldan
Attorneys for Plaintiff Board Of Trustees,
Laborers' Training and Retraining Trust Fund for
Northern California

11   DATED: March 27, 2008

LAW OFFICES OF NEVIN & ABSALOM

By *Kenneth C. Absalom* (signature)
Kenneth C. Absalom
Attorneys for Defendant Laborers' International
Union of North America Local Union No. 261

17   DATED: March 27, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney


By _____
Elizabeth S. Salveson
Attorneys for Defendant City and County of San
Francisco

1  The parties are close to reaching a settlement agreement in this case. The parties believe
2  that a settlement can be reached by May 1, 2008.
3      IT IS SO STIPULATED:
4  DATED: March 27, 2008

    BULLIVANT HOUSER BAILEY PC

    By _____
    Susan J. Olson
    Peter Roldan
    Attorneys for Plaintiff Board Of Trustees,
    Laborers' Training and Retraining Trust Fund for
    Northern California

11  DATED: March 27, 2008

    LAW OFFICES OF NEVIN & ABSALOM

    By _____
    Kenneth C. Absalom
    Attorneys for Defendant Laborers' International
    Union of North America Local Union No. 261

17  DATED: March 27, 2008

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH SALVESON
    Chief Labor Attorney

    By _____  Jonathan Rolnick DCA
    Elizabeth S. Salveson                                          for
    Attorneys for Defendant City and County of San          ESS
    Francisco

## [PROPOSED] ORDER

Good cause appearing, it is so ORDERED that the case management conference currently set for April 4, 2008 at 10:00 a.m. is continued to _____, at 10:00 a.m. in Courtroom 1, 17th Floor.

DATED: _____

By _____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE