# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Board of Trustees of the Laborers Training and Ret,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>Laborers' International Union of North Americ,<br><br>　　　　　Defendant(s). | 07-06436 SC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

>　　**W. David Holsberry**
> Davis, Cowell & Bowe, LLP
> 595 Market Street, Suite 1400
> San Francisco, CA 94105
> 415-597-7200
> wdh@dcbsf.com

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06436 SC MED　　　　　　　　　　　　　- 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 31, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel



ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-06436 SC MED                              - 2 -