Susan J. Olson, SBN 152467
E-mail: susan.olson@bullivant.com
Peter Roldan, SBN 227067
E-mail: peter.roldan@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Board Of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA LOCAL UNION NO. 261; and CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC WORKS,<br><br>Defendants. | Case No.: CV 07 6436 SC<br><br>STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER<br><br>Date: April 4, 2008<br>Time: 10:00 a.m.<br>Courtroom: 1, 17th Floor |

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, and Defendants Laborers' International Union of North America Local Union No. 261 and the City and County of San Francisco Department of Public Works stipulate to and respectfully request that the court continue the Case Management Conference in this matter currently set for April 4, 2008 at 10:00 a.m. to May 1, 2008.

///

///

10477866.1                                             — 1 —
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE -- CV 07 6436 SC

The parties are close to reaching a settlement agreement in this case. The parties believe that a settlement can be reached by May 1, 2008.

IT IS SO STIPULATED:

DATED: March 27, 2008

           BULLIVANT HOUSER BAILEY PC

           By   /s/
              Susan J. Olson
              Peter Roldan
           Attorneys for Plaintiff Board Of Trustees, Laborers' Training and Retraining Trust Fund for Northern California

DATED: March 27, 2008

           LAW OFFICES OF NEVIN & ABSALOM

           By _____
              Kenneth C. Absalom
           Attorneys for Defendant Laborers' International Union of North America Local Union No. 261

DATED: March 27, 2008

           DENNIS J. HERRERA
           City Attorney
           ELIZABETH SALVESON
           Chief Labor Attorney

           By _____
              Elizabeth S. Salveson
           Attorneys for Defendant City and County of San Francisco

1      The parties are close to reaching a settlement agreement in this case. The parties believe
2  that a settlement can be reached by May 1, 2008.
3      IT IS SO STIPULATED:
4  DATED: March 27, 2008

                BULLIVANT HOUSER BAILEY PC

                By _____
                     Susan J. Olson
                     Peter Roldan
                Attorneys for Plaintiff Board Of Trustees,
                Laborers' Training and Retraining Trust Fund for
                Northern California

11  DATED: March 27, 2008

                LAW OFFICES OF NEVIN & ABSALOM

                By */s/ Kenneth C. Absalom*
                     Kenneth C. Absalom
                Attorneys for Defendant Laborers' International
                Union of North America Local Union No. 261

17  DATED: March 27, 2008

                DENNIS J. HERRERA
                City Attorney
                ELIZABETH SALVESON
                Chief Labor Attorney

                By _____
                     Elizabeth S. Salveson
                Attorneys for Defendant City and County of San
                Francisco

1 | The parties are close to reaching a settlement agreement in this case. The parties believe
2 | that a settlement can be reached by May 1, 2008.
3 |     IT IS SO STIPULATED:
4 | DATED: March 27, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
Peter Roldan
Attorneys for Plaintiff Board Of Trustees,
Laborers' Training and Retraining Trust Fund for
Northern California

DATED: March 27, 2008

LAW OFFICES OF NEVIN & ABSALOM

By _____
Kenneth C. Absalom
Attorneys for Defendant Laborers' International
Union of North America Local Union No. 261

DATED: March 27, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney

By _____ Jonathan Rolnick DCA
Elizabeth S. Salveson                                          for
Attorneys for Defendant City and County of San              E S S
Francisco

10477866.1
—2—
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE – CV 07 6436 SC

**[PROPOSED] ORDER**

Good cause appearing, it is so ORDERED that the case management conference currently set for April 4, 2008 at 10:00 a.m. is continued to ___May 9, 2008___, at 10:00 a.m. in Courtroom 1, 17th Floor.

DATED: 3/31/08

By _____
HON. _____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*