1  Susan J. Olson, SBN 152467
   E-mail: susan.olson@bullivant.com
2  Peter Roldan, SBN 227067
   E-mail: peter.roldan@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Plaintiff Board Of Trustees of
   the Laborers Training and Retraining Trust
7  Fund for Northern California

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12 | BOARD OF TRUSTEES OF THE              Case No.: CV 07 6436 SC
   | LABORERS TRAINING AND RETRAINING
   | TRUST FUND FOR NORTHERN               **JOINT CASE MANAGEMENT**
13 | CALIFORNIA,                           **CONFERENCE STATEMENT**

14 |              Plaintiff,               Date: May 1, 2008
   |                                       Time: 10:00 a.m.
15 |      vs.                              Courtroom: 1, 17th Floor

16 | LABORERS' INTERNATIONAL UNION OF
   | NORTH AMERICA LOCAL UNION NO.
17 | 261; and CITY AND COUNTY OF SAN
   | FRANCISCO DEPARTMENT OF PUBLIC
18 | WORKS,

19 |              Defendants.

20

21      Pursuant to the Court's Order Setting Initial Case Management Conference and ADR

22 Deadlines, the Parties hereby submit the following Joint Case Management Conference

23 Statement:

24 **A.    Jurisdiction and Service**

25      Defendants have denied that the Court has jurisdiction over each defendant under the

26 Labor Management Relations Act of 1947 ("LMRA") or the Employment Retirement Securities

27 Act ("ERISA"). Venue in the Northern District of California is not disputed and no parties

28 remain to be served. This court has jurisdiction of the action under and pursuant to the

1 | provisions of 29 U.S.C. § 185 (section 301 of the Labor Management Relations Act of 1947, as

2 | amended) and 29 U.S.C. §§ 1132(a)(3) and 1132(e)(1) (sections 502(a)(3) and 502(e)(1) of the

3 | Employment Retirement Income Security Act of 1974, as amended) ("ERISA"). Venue lies in

4 | the Northern District of California pursuant to 29 U.S.C. § 1132(e)(2) (section 502(e)(2) of

5 | ERISA) because the subject ERISA plan is administered in this district and because a

6 | substantial part of the events or omission which give rise to the claim occurred in the Northern

7 | District of California.

8 | **B.**    **Facts**

9 | This action is brought by plaintiff in order to seek reimbursement from defendants for

10 | training provided by plaintiff to Class 7501 apprentices for the City and County of San

11 | Francisco ("The City").

12 | Plaintiff contends that under the terms of the collective bargaining agreement to which

13 | defendants Laborers' International Union of North America Local Union No. 261 ("Local 261")

14 | and the City are parties, defendants agreed to establish an apprenticeship project. Plaintiff

15 | further contends that under the terms of the agreement, the City agreed to provide funds to Local

16 | 261 to cover the expenses of apprentice training. These funds were to be used to reimburse

17 | plaintiff for training provided to Class 7501 apprentices. Plaintiff submitted its final invoice for

18 | training expenses to Local 261 in May 2006 and has yet to receive payment for the invoice.

19 | The City contends that its rights and duties are controlled by the Memorandum of

20 | Understanding collectively bargained with Local 261, that it has no duties to plaintiff, and that

21 | training arranged by Local 261 was incomplete.

22 | **1. Legal Issues**

23 | Defendants dispute that Plaintiff is entitled to recover anything in this action.

24 | **2. Motions**

25 | There have been no motions filed in this action. The parties anticipate the possibility of

26 | cross-motions for summary judgment. The City anticipates a Rule 12(c) motion for judgment

27 | on the pleadings.

28 | ///

### 3. Amendment of Pleadings

None anticipated.

### 4. Evidence Preservation

No issues anticipated.

### 5. Disclosures

Plaintiffs will provide their initial disclosures on May 8, 2008.

### 6. Discovery

None to date in this case. The parties anticipate minimal discovery in this case to be completed by November 28, 2008. There is no need for modification to the discovery rules.

### 7. Class Actions

Not applicable.

### 8. Related Cases

None.

### 9. Relief

Plaintiff contends that it is entitled to restitution of $88,244.00 plus interest, costs of suit and attorneys' fees.

### 10. Settlement and ADR

The parties will hold a pre-mediation telephone conference with W. David Holsberry, the court-appointed mediator, by April 30, 2008, in order to set a mediation date prior to June 30, 2008.

### 11. Consent to Magistrate for All Purposes

The parties do not consent to a magistrate judge.

### 12. Other References

The parties do not believe the case is suitable for other references.

### 13. Narrowing of Issues

The parties may be able to reach agreement with respect to the authenticity of certain documents and the establishment of certain facts. However, the very limited facts and legal

1  issues in dispute cannot be narrowed because each dispute is potentially dispositive of the entire

2  case.

3      **14. Expedited Schedule**

4      N/A

5      **15. Scheduling**

6      The parties suggest a discovery cutoff date of November 28, 2008, expert disclosure to

7  take place on December 5, 2008, a dispositive motion cut off date of February 27, 2009, and a

8  trial date of May 18, 2009.

9      **16. Trial**

10     Approximately two day court trial.

11     **17. Disclosure of Non-Party Interested Entities or Persons**

12     The parties have no such entities or persons to disclose.

13     **18. Other Matters**

14     None.

15 DATED:  April 24, 2008

16                                    BULLIVANT HOUSER BAILEY PC

17

18                                    By _____

19                                         Susan J. Olson
                                           Peter Roldan
20                                    Attorneys for Plaintiff Board Of Trustees,
                                      Laborers' Training and Retraining Trust Fund for
21                                    Northern California

22 DATED:  April 24, 2008

23                                    LAW OFFICES OF NEVIN & ABSALOM

24

25                                    By _____

26                                         Kenneth C. Absalom
                                      Attorneys for Defendant Laborers' International
27                                    Union of North America Local Union No. 261

28

10477921.1                              – 4 –

1  issues in dispute cannot be narrowed because each dispute is potentially dispositive of the entire

2  case.

3      **14. Expedited Schedule**

4      N/A

5      **15. Scheduling**

6      The parties suggest a discovery cutoff date of November 28, 2008, expert disclosure to

7  take place on December 5, 2008, a dispositive motion cut off date of February 27, 2009, and a

8  trial date of May 18, 2009.

9      **16. Trial**

10      Approximately two day court trial.

11      **17. Disclosure of Non-Party Interested Entities or Persons**

12      The parties have no such entities or persons to disclose.

13      **18. Other Matters**

14      None.

15  DATED: April 24, 2008

16                                   BULLIVANT HOUSER BAILEY PC

17

18                                 By _____

19                                      Susan J. Olson

                                    Peter Roldan

20                                      Attorneys for Plaintiff Board Of Trustees, Laborers' Training and Retraining Trust Fund for

21                                      Northern California

   DATED: April 24, 2008

22

23                           LAW OFFICES OF NEVIN & ABSALOM

24

25                           By _____

26                                   Kenneth C. Absalom

                                  Attorneys for Defendant Laborers' International

27                                    Union of North America Local Union No. 261

28

10477921.1

1 | DATED: April 24, 2008

2

3
DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney

4

5

6
By _____/s/_____
Elizabeth S. Salveson
Attorneys for Defendant City and County of San
Francisco

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10477921.1

— 5 —

## **ORDER**

The Case Management Statement and Proposed Order is hereby adopted by the Court as the Case Management Order for the case and the parties are ordered to comply with this Order. In addition the Court orders:


DATED: _____


By _____
HON. SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE