UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-07-6436            SAMUEL CONTI            DATE May 9, 2008
Case Number            Judge

Title: BOARD OF TRUSTEES        vs LABORERS INTERNATIONAL UNION, et al.

Attorneys: PETER ROLDAN            JOHN ROLNICK

Deputy Clerk: T. De Martini    Court Reporter: Lydia Zinn

Court   Pltf's   Deft's
(xxx)   (   )    (   )   1. Status Conference - Held

(   )   (   )    (   )   2.

(   )   (   )    (   )   3.

(   )   (   )    (   )   4.

(   )   (   )    (   )   5.

(   )Motion(s): (   )Granted   (   )Denied   (   )Withdrawn

(   )Granted/Denied   (   )Off Calendar   (   )Submitted

Order to be Prepared by:(   )Pltf   (   )Deft   (   )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to 9/19/08 @ 10:00 AM  for Further Status Conference

Case Continued to 9/19/08 @ 10:00 AM  for Cross Motions for Summary Judgment

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING:_____