# UNITED STATES DISTRICT COURT

**Northern District of California**

| | |
|---|---|
| Board of Trustees of the Laborers Training and Ret<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>Laborers' International Union of North Americ<br><br>　　　　Defendant(s). | No. C 07-06436 SC MED<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a Mediation on **May 30, 2008.**

2. Did the case settle?    **Yes, partially.**

3. If the case did not settle fully, is any follow-up contemplated?  **Yes.**

　　another session scheduled for

　　**X** phone discussions expected re reducing settlement terms to writing.

　　no

**4.   IS THIS ADR PROCESS COMPLETED?        No.**

Dated:   June 18, 2008           /s/
　　　　　　　　　　　　　　　　**Mediator**, **W. David Holsberry**
　　　　　　　　　　　　　　　　Davis, Cowell & Bowe, LLP
　　　　　　　　　　　　　　　　595 Market Street, Suite 1400
　　　　　　　　　　　　　　　　San Francisco, CA 94105

**Certification of ADR Session**
07-06436 SC MED