Susan J. Olson, SBN 152467
E-Mail: susan.olson@bullivant.com
Peter Roldan, SBN 227067
E-Mail: peter.roldan@bullivant.com
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiff Board of Trustees of the
Laborers Training and Retraining Trust Fund
for Northern California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>vs.<br><br>LABORERS' INTERNATIONAL UNION OF NORTH AMERICA, LOCAL UNION NO. 261; and CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC WORKS,<br><br>Defendant. | Case No.: CV 07 6436 SC<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California, on the one hand, and Defendants Laborers' International Union of North America, Local Union No. 261 and the City and County of San Francisco, on the other hand, that this action be dismissed, with prejudice,

///

///

///

– 1 –
STIPULATION FOR DISMISSAL; ORDER THEREON Case No.: CV 07 6436 SC

against all defendants, each side to bear its own attorneys' fees and costs.

DATED: August 11, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
Peter Roldan

Attorneys for Plaintiff Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

DATED: August ___, 2008

LAW OFFICES OF NEVIN & ABSALOM

By _____
Kenneth C. Absalom

Attorneys for Defendant Laborers' International Union of North America Local Union No. 261

DATED: August ___, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney

By _____
Elizabeth Salveson

Attorneys for Defendant City and County of San Francisco

## ORDER

The parties having so stipulated and good cause appearing:

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all defendants, each party to bear its own attorneys' fees and costs.

Dated: August ___, 2008

_____
Hon. Samuel Conti
United States District Judge

10712210.1

against all defendants, each side to bear its own attorneys' fees and costs.

DATED: August ___, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
Peter Roldan

Attorneys for Plaintiff Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

DATED: August 11, 2008

LAW OFFICES OF NEVIN & ABSALOM

By *(signature)*
Kenneth C. Absalom

Attorneys for Defendant Laborers' International Union of North America Local Union No. 261

DATED: August ___, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney

By _____
Elizabeth Salveson

Attorneys for Defendant City and County of San Francisco

**ORDER**

The parties having so stipulated and good cause appearing:

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all defendants, each party to bear its own attorneys' fees and costs.

Dated: August ___, 2008

_____
Hon. Samuel Conti
United States District Judge

10712210.1

– 2 –

STIPULATION FOR DISMISSAL; ORDER THEREON Case No.: CV 07 6436 SC

against all defendants, each side to bear its own attorneys' fees and costs.

DATED: August ___, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Susan J. Olson
Peter Roldan

Attorneys for Plaintiff Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California

DATED: August ___, 2008

LAW OFFICES OF NEVIN & ABSALOM

By _____
Kenneth C. Absalom

Attorneys for Defendant Laborers' International Union of North America Local Union No. 261

DATED: August 11, 2008

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney

By *(signature)* Elizabeth Salveson

Attorneys for Defendant City and County of San Francisco

## ORDER

The parties having so stipulated and good cause appearing:

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to all defendants, each party to bear its own attorneys' fees and costs.

Dated: August 12, 2008

*IT IS SO ORDERED*
*(signature)*
Judge Samuel Conti

Hon. _____
United States District Judge

10712210.1

STIPULATION FOR DISMISSAL; ORDER THEREON Case No.: CV 07 6436 SC